UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Natalia A. Lapina,<br><br>    Plaintiff<br><br>v.<br><br>American Addiction Centers, Inc.,<br><br>    Defendant | Case No.: 2:17-cv-01943-JAD-CWH<br><br>**Order Granting Request<br>for Additional Time to Oppose<br>Motion to Dismiss [ECF No. 12]**<br><br>[ECF No. 17] |

Pro se plaintiff Natalia Lapina moves[1] to extend the deadline to respond to Defendant American Addiction Centers, Inc.'s motion to dismiss[2] her employment-discrimination lawsuit for insufficient service of process. She represents that she is attempting to obtain an attorney to represent her, but she is having difficulty doing so.[3]

I find good cause for a brief extension and extend Lapina's deadline to respond to the motion to dismiss to November 16, 2018. Lapina is cautioned, however, that this case will not be put on hold until she finds affordable counsel. She filed this lawsuit, and she must take all necessary actions to protect her rights. No plaintiff is relieved of her obligation to comply with the rules and procedures of this Court simply because she has not retained, or cannot afford to retain, an attorney to represent her.[4] Lapina should familiarize herself with the Federal Rules of

---

[1] ECF No. 17.
[2] ECF No. 12.
[3] ECF No. 17.
[4] *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987) ("Pro se litigants must follow the same rules of procedure that govern other litigants."); *see also Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995) ("Although we construe pleadings liberally in their favor, pro se litigants are bound by the rules of procedure."); *Jacobsen v. Filler*, 790 F.2d 1362, 1364 (9th Cir. 1986) ("[P]ro se litigants

Civil Procedure and the Local Rules of this Court, as they apply—and will be enforced—in this case.

Accordingly, IT IS HEREBY ORDERED that the Motion to Extend Time **[ECF No. 17] is GRANTED. Plaintiff's deadline to respond to the defendants' motion to dismiss [ECF NO. 12] is EXTENDED to November 16, 2018.** Plaintiff must file her response to that motion to dismiss [ECF No. 12] by close of business on November 16, 2018, and her failure to file a timely and proper opposition in accordance with Local Rule 7-2 may be deemed consent to granting the motion.[5]

Dated: October 29, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

in the ordinary civil case should not be treated more favorably than parties with attorneys of record.").

[5] L.R. 7-3(d). Lapina should also review the notice further explaining this process at ECF No. 14.